In re Estate of Arthur Heuer, Deceased.
Fred W. Heuer et al., Appellants, v. Harriet S. Heuer, Administratrix of Estate of Arthur Heuer, Deceased, Appellee.

Gen. No. 44,766.

opinion filed April 4, 1949; released for publication May 17, 1949. Paul W. Schroeder, for appellants; Hansen & Towle, for appellee; Roland Towle, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.